1  **MICHAEL COSENTINO, SBN 83253**
   **Attorney at Law**
2  **P.O. Box 129**
   **Alameda, CA 94501**
3
   **Telephone:  (510) 523-4702**
4  **Facsimile:    (510) 747-1640**

5  Attorney for the Plaintiff
   United States of America
6

7

8
                       **UNITED STATES DISTRICT COURT**
9
                       **NORTHERN DISTRICT OF CALIFORNIA**
10
                              **SAN FRANCISCO DIVISION**
11

12 | **UNITED STATES OF AMERICA**,            )   Case No. **CV11-6533 SLM**
                                              )
13 |                                          )   **NOTICE OF**
   |                           Plaintiff,     )   **PLAINTIFF'S WITHDRAWAL**
14 |                                          )   **OF HEARING ON**
   |                                          )   **ORDER FOR JUDGMENT**
15 |        v.                                )   **DEBTOR EXAM**
                                              )
16 |                                          )
   | **DAE H. KIM aka DAE HEE KIM**,          )
17 |                                          )
   |                           Defendant.     )
18 | _____)

19        NOTICE IS HEREBY GIVEN THAT Plaintiff and judgment creditor, United States

20 of America, by and through its attorney of record, hereby withdraws the hearing on its

21 Order for Judgment Debtor Exam that is set for August 8, 2014, at 9:00 A.M., in courtroom

22 G, in the above entitled matter.

23 Dated: July 17, 2014                              /s/
                                              _____
24                                            MICHAEL COSENTINO
                                              Attorney for Plaintiff
                                              United States of America
25 Dated: 7/22/14

   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]